IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RYAN KARNOSKI, *et al.*,

              Plaintiffs-Appellees,

        v.

DONALD TRUMP, President of the
United States, *et al.*,

              Defendants-Appellants.

No. 17-36009

**NOTICE OF VOLUNTARY DISMISSAL OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants respectfully request that the Court dismiss the government's appeal from the preliminary injunction in the above-captioned matter, with each side to bear its own fees and costs. Defendants-appellants have notified opposing counsel of our intention to file this notice.

Respectfully submitted,

CHAD A. READLER
  *Acting Assistant Attorney General*

HASHIM M. MOOPPAN
  *Deputy Assistant Attorney General*

BRINTON LUCAS
  *Counsel to the Assistant Attorney General*

MARLEIGH D. DOVER
  s/ *Catherine H. Dorsey*
CATHERINE H. DORSEY
(202) 514-3469
TARA S. MORRISSEY
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W.*
  *Room 7236*
  *Washington, D.C.  20530*

DECEMBER 2017

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 56 words, according to the count of Microsoft Word.

s/ *Catherine H. Dorsey*
Catherine H. Dorsey

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2017, I filed the foregoing notice with the

Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using

the appellate CM/ECF system. All participants in the case who are registered CM/ECF

users will be served by the appellate CM/ECF system.

s/ *Tara S. Morrissey*

Tara S. Morrissey
