UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RYAN KARNOSKI; et al., <br><br> Plaintiffs-Appellees, <br><br> STATE OF WASHINGTON, Attorney General's Office Civil Rights Unit, <br><br> Intervenor-Plaintiff-Appellee, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants-Appellants. | No. 17-36009 <br><br> D.C. No. 2:17-cv-01297-MJP <br> Western District of Washington, Seattle <br><br> ORDER |

Before: TASHIMA, PAEZ, and IKUTA, Circuit Judges.

Appellants' motion for voluntary dismissal of this appeal is granted (Docket Entry No. 21). Each side shall bear its own fees and costs.

**DISMISSED.**

AT/MOATT